UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Janet Rinkenberger, | : |
| | : |
| | : Civil Action No.: 6:10-cv-01053- DNH |
| Plaintiff, | : |
| v. | : |
| | : |
| NCO Financial Systems, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

Janet Rinkenberger ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 20, 2010

                                                Respectfully submitted,


                                                By: /s/ Sergei Lemberg

                                                Sergei Lemberg (SL 6331)
                                                Lemberg & Associates L.L.C.
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile: (877) 795-3666
                                                Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Northern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg