

DEC 22 2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Janet Rinkenberger,

                      Plaintiff,

v.

NCO Financial Systems, Inc.; and DOES 1-10, inclusive,

                      Defendant.

Civil Action No.: 6:10-cv-01053- DNH

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

      Janet Rinkenberger ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 20, 2010

                                              Respectfully submitted,

                                              By: /s/ Sergei Lemberg

SO ORDERED.

/s/ David N. Hurd
DAVID N. HURD
United States District Judge
Dated: 12/21/10
Utica, NY

Sergei Lemberg (SL 6331)
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
Attorneys for Plaintiffs